BEFORE THE FIRST DIVISION, APRIL 16, 1945

**No. 50125.**—Protests 112990–K, etc., of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the merchandise in question is similar in all material respects to that the subject of Abstract 34593 and *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30), the claim at 50 percent under paragraph 1506 was sustained.